# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SERENA GATEB,

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:14-cv-00895-JAD-GWF

**ORDER**

    Petitioner having submitted a motion for an enlargement of time (second request) (#13), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioners' motion for an enlargement of time (second request) (#13) is **GRANTED**. Petitioner shall have through May 8, 2015, to file and serve an amended petition for a writ of habeas corpus.

DATED: 3/16/15

JENNIFER A. DORSEY
United States District Judge