# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SERENA GATEB,

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:14-cv-00895-JAD-GWF

**ORDER**

Petitioner having submitted a motion for an enlargement of time (third request) (#15), and good cause appearing;

IT IS THEREFORE ORDERED that petitioners' motion for an enlargement of time (third request) (#15) is **GRANTED**. Petitioner shall have through August 5, 2015, to file and serve an amended petition for a writ of habeas corpus.

DATED: May 11, 2015.

_____
JENNIFER A. DORSEY
United States District Judge