**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERENA GATEB,<br><br>  Petitioner<br><br>vs.<br><br>JO GENTRY, et al.,<br><br>  Respondents | Case No. 2:14-cv-00895-JAD-GWF<br><br>**Order Directing Response to Petition** |

  Petitioner has filed a first amended petition (ECF 17). The court has reviewed it under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and now directs respondents to file a response.

  IT IS THEREFORE ORDERED that **respondents have until December 14, 2015, to answer or otherwise respond to the first amended petition** (ECF 17). Respondents must raise all potential affirmative defenses—including lack of exhaustion and procedural default— in their initial responsive pleading. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; petitioner will have 45 days from the date on which the answer is served to file a reply.

  DATED: October 30, 2015

                         _____
                         JENNIFER A. DORSEY
                         United States District Judge