# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SERENA GATEB,

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:14-cv-00895-JAD-GWF

**ORDER**

Petitioner having submitted an unopposed motion for an enlargement of time (first request) (#24), and good cause appearing;

IT IS THEREFORE ORDERED that petitioners' unopposed motion for an enlargement of time (first request) (#24) is **GRANTED**. Petitioner will have through March 14, 2016, to file and serve a response to the motion to dismiss (#23).

DATED: December 29, 2015.

                                                              _____
                                                              JENNIFER A. DORSEY
                                                              United States District Judge